MARY ROONEY, as Administratrix of the Estate of PATRICK ROONEY, Deceased, Appellant, *v.* THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Submitted February 28, 1941; decided April 17, 1941.

*Frederick Hemley, Morris L. Wolf* and *Frances S. Ecker* for appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and CONWAY, JJ. Dissenting: RIPPEY and DESMOND, JJ.